UNITED STATES of America, Plaintiff–Appellee,

v.

Latonya EVANS, Defendant–Appellant.

No. 14–15448
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Jan. 12, 2016.

John Shantanu Ghose, Mary F. Kruger, Angela Marie Munson, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

David M. Stewart, Crowder Stewart, LLP, Augusta, GA, Latonya Evans, FCI Tallahassee–Inmate Legal Mail, Tallahassee, FL, for Defendant–Appellant.

Before WILSON, ROSENBAUM and JILL PRYOR, Circuit Judges.

PER CURIAM:

David Stewart, appointed counsel for LaTonya Evans in this direct criminal appeal, has moved to withdraw from further representation of Evans and prepared a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Evans's conviction and sentence are **AFFIRMED.**